IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD CRAIG BOSWELL, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:08cv316-MHT |
| ) | (WO) |
| v. ) | |
| ) | |
| PIKE COUNTY, Alabama County ) | |
| Commissioners, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The magistrate judge filed a recommendation (doc. #5) in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that (1) the recommendation (doc. #5) of the magistrate judge is adopted and (2) this case is dismissed without prejudice for plaintiff's failures to prosecute this action and comply with the orders of this court.

An appropriate judgment will be entered.

DONE, this the 1st day of July, 2008.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE