IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD CRAIG BOSWELL, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:08cv316-MHT |
| ) | (WO) |
| v. ) | |
| ) | |
| PIKE COUNTY, Alabama County ) | |
| Commissioners, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that this action is dismissed without prejudice, with costs taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of July, 2008.

                                                /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE